UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RITA LEAPAI, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT INTERNATIONAL CORP, <br><br> Defendant. | C17-777 TSZ <br><br> ORDER |

By Minute Order dated August 14, 2017, docket no. 5, the Court directed the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on June 5, 2017, docket no. 3. Having received no response to said Minute Order, this action is hereby DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Wallace v. Hinton*, 2000 WL 1728285 (9th Cir. Nov. 20, 2000) (affirming dismissal without prejudice for failure to timely file a joint status report (citing *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132 (9th Cir. 1987))).

IT IS SO ORDERED.

Dated this 20th day of September, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 1